**Order entered March 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00177-CR

**ABRAHAM WELDEZION, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause Nos. WX09-90026-I, WX08-90034-I (F00-48131-I)**

## ORDER

On January 18, 2013, appellant filed a notice of appeal to appeal the trial court's December 20, 2012 denial of his second application for writ of habeas corpus (cause no. WX09-90026-I). On February 4, 2013, appellant filed an "amended" notice of appeal to appeal the trial court's November 21, 2008 denial of his first application for writ of habeas corpus (cause no. WX08-90034-I). On February 12, 2013, the Dallas County District Clerk filed a clerk's record containing the documents related to cause no. WX08-90034-I. In response to this Court's order of February 19, 2013, the district clerk filed a supplemental clerk's record containing the trial court's findings of fact and order denying appellant's second writ application in cause no. WX09-90026-I. No other documents related to appellant's second writ application have been filed in the appellate record.

We **ORDER** the Dallas County District Clerk to file, by **April 5, 2013**, a supplemental clerk's record containing all documents filed in cause no. WX09-90026-I.

We **GRANT** appellant's March 18, 2013 first motion to extend the time to file appellant's brief to the extent of the following relief.

The time to file appellant's brief is extended until **April 5, 2013**. The State's brief shall be due by **April 23, 2013**.

We **DIRECT** the Clerk of this Court to send copies of this order, by electronic transmission, to the following:

Dallas County District Clerk Gary Fitzsimmons
The Dallas County District Clerk, Criminal Records Division
Counsel for all parties

/s/ MICHAEL J. O'NEILL
JUSTICE